| AO 10 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics |
| Rev. 1/2011 | FOR CALENDAR YEAR 2011 | in Government Act of 1978 |
| | | (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| McCurn, Neal P. | U.S. District Court N.D.N.Y. | 07/27/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior U.S. District Judge | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2011 to 12/31/2011 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| P.O. Box 7365 <br> 100 S Clinton Street <br> Syracuse, NY 13261 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

**McCurn, Neal P.**

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2010 | N.Y. State Employees Retirement System | $2,824.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2010 | Catholic Relief Services Annuity $847 |
| 2. | 2010 | Catholic Church Ext. Society $722 |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCurn, Neal P. | 07/27/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCurn, Neal P. | 07/27/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Brokerage A/Cs Sts Bds Wells Fargo | | | | | | | | | |
| 2. | AT&T | B | Dividend | K | T | | | | | |
| 3. | Amer Electric Power | B | Dividend | K | T | | | | | |
| 4. | Heinz HJ | A | Dividend | J | T | | | | | |
| 5. | Intl Business Machines | A | Dividend | K | T | | | | | |
| 6. | ValeroEnergy Corp | A | Dividend | J | T | | | | | |
| 7. | Verizon Comm | A | Dividend | K | T | | | | | |
| 8. | YUM Brands | A | Dividend | K | T | | | | | |
| 9. | Biotech Holders Tr | A | Dividend | K | T | | | | | |
| 10. | Fairport Communications (Y) | | | | | | | | | |
| 11. | Long Island 0% 12/1/11 | | None | | | Sold | 01/20/10 | K | B | market |
| 12. | Long Island 0% 6/1/15 | | None | | | Sold | 01/20/10 | K | B | market |
| 13. | Coming | A | Dividend | K | T | | | | | |
| 14. | Coming | A | Dividend | K | T | | | | | |
| 15. | Franklin Temp Mut Disc | B | Dividend | M | T | | | | | |
| 16. | NYS Dorm 3.5% 7/1/16 | A | Interest | J | T | | | | | |
| 17. | NYS Dorm 3.25% 7/1/14 | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCurn, Neal P. | 07/27/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. NYS Dorm 5% 3/15/13 | B | Interest | K | T | | | | | |
| 19. FL St PWR 4% 10/1/15 | B | Interest | L | T | | | | | |
| 20. NYC WTR 4.75% 6/15/33 | B | Interest | K | T | | | | | |
| 21. NYC WTR 5% 6/15/34 | A | Interest | K | T | | | | | |
| 22. Southampton 4%12/15/25 | A | Interest | J | T | | | | | |
| 23. Lake Success NY 3%1/15/15 | C | Interest | M | T | | | | | |
| 24. Campbell Strategic | A | Interest | M | T | | | | | |
| 25. Agilent Tech Inc (Y) | | | | | | | | | |
| 26. Stryker Corp | A | Dividend | K | T | | | | | |
| 27. Port Auth NY 4.25% 10/15/30 | B | Interest | L | T | Buy | 01/22/10 | L | | market |
| 28. NYC 4.50% 6/15/34 | A | Interest | K | T | Buy | 08/31/10 | K | | market |
| 29. Amer Fds Cap Wrld G&I | A | Dividend | J | T | | | | | |
| 30. EOG Resources | A | Dividend | K | T | | | | | |
| 31. First Busey Corp (Y) | | | | | | | | | |
| 32. Hewlett Packard | A | Dividend | K | T | | | | | |
| 33. Johnson & Johnson | A | Distribution | K | T | | | | | |
| 34. Eli Lilly | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Pfizer | A | Distribution | J | T | | | | | |
| 36. Vodafone Group | A | Dividend | J | T | | | | | |
| 37. Xerox | A | Dividend | J | T | | | | | |
| 38. NYS Envrnmt 4% 6/15/14 | A | Interest | K | T | | | | | |
| 39. MTA NY Trans 7/1/13 | | None | | | Sold | 01/20/10 | K | B | market |
| 40. NYS L0C Gvt 4/1/13 | | None | | | Sold | 01/20/10 | J | A | market |
| 41. NYS Gvt 4/1/14 | | None | | | Sold | 01/20/10 | K | C | market |
| 42. Mass WTR 2% 8/1/11 | A | Interest | L | T | | | | | |
| 43. Norwalk CT 2% 7/1/12 | A | Interest | K | T | | | | | |
| 44. NYS Dorm 4% 12/15/16 | A | Interest | K | T | | | | | |
| 45. NY S Envm 4.625% 6/15/33 | A | Interest | J | T | | | | | |
| 46. Sentinel Cap Mrks | B | Dividend | L | T | | | | | |
| 47. Finl Sector SPDR | A | Dividend | J | T | | | | | |
| 48. Intuitive Surgical Inc | | None | K | T | | | | | |
| 49. NY TWY 3.125% 3/15/25 | | None | K | T | Buy | 09/20/10 | K | | market |
| 50. Port Auth 4% 9/15/30 | C | Interest | L | T | Buy | 01/22/10 | L | | market |
| 51. FNMA 4.5% 9/24/24 | A | Interest | | | Redeemed | 09/24/10 | J | | market |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| McCurn, Neal P. | 07/27/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. IRA Acct (Wells Fargo)Stks & Bnds listed below: | | | | | | | | | |
| 53. Boston Scientific (Y) | | | | | | | | | |
| 54. Eli Lilly | A | Dividend | J | T | | | | | |
| 55. Halliburton Co | A | Dividend | K | T | | | | | |
| 56. Medco Health (Y) | | | | | | | | | |
| 57. Pfizer | B | Dividend | K | T | | | | | |
| 58. Simon Property Grp | A | Dividend | K | T | | | | | |
| 59. UDR Inc | A | Dividend | K | T | | | | | |
| 60. Amer Express CD 12/30/11 | B | Interest | K | T | | | | | |
| 61. Franklin T Mutual Disc | A | Dividend | K | T | | | | | |
| 62. Amer Fds-New Economy | A | Dividend | K | T | | | | | |
| 63. Individual Accounts held listed as follows: | | | | | | | | | |
| 64. US Savings Bonds | | None | K | T | | | | | |
| 65. Dreyfus Emerging Leaders | A | Dividend | L | T | | | | | |
| 66. Dreyfus MidCap Value | A | Dividend | L | T | Buy (add'l) | 04/12/10 | J | | market |
| 67. Dreyfus MidCap Value | | None | | | Buy (add'l) | 06/22/10 | J | | market |
| 68. Dreyfus Appreciation | A | Dividend | K | T | Buy (add'l) | 03/10/10 | J | | market |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Dreyfus NY Tax Exempt | A | Dividend | K | T | | | | | |
| 70. Dreyfus Stock Fund | A | Dividend | K | T | | | | | |
| 71. Dreyfus Short Int Muni | A | Interest | K | T | | | | | |
| 72. Summit/Syracuse Police Fed Credit Union CDs & Base A/C | A | Interest | K | T | | | | | |
| 73. M&T Bank Syracuse Checking A/C | A | Interest | K | T | | | | | |
| 74. Metlife Bank & Money Mrk A/C | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCurn, Neal P. | 07/27/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Neal P. McCurn**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544